USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ANUSHRI ADHIA, et al.,**

**Petitioners,**

-against-

**TWITTER, INC. AND X CORP.,**

**Respondents.**

---

**25-cv-02393 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On September 2, 2025, the Parties filed a joint motion to stay and notice of settlement. *See* ECF No. 25. In such motion, the Parties informed the Court they were finalizing a written settlement agreement and anticipated filing a stipulated dismissal under Rule 41 within the next 30 day. The Parties are hereby **ordered** to provide a joint status report, updating the Court as to the status of this matter, settlement, and the pending motions. Such status report is due by **February 20, 2026**.

**SO ORDERED.**

**Dated:  February 13, 2026**

   New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**